# Court of Appeals
# of the State of Georgia

ATLANTA, September 14, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1519.  LYLES et al. v. WELLS FARGO BANK, N. A.**

This appeal was docketed on March 30, 2012.  Pursuant to Court of Appeals Rule 23 (a), appellant's enumeration of errors and brief were due to be filed with this court on or before April 19, 2012.  As of the date of this order, no enumeration of errors and brief have been filed with this court.  Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 09/14/2012
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*